3:26-mj-70998 MAG

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**26-CR-20237-ALTONAGA/REID**
CASE NO. _____

18 U.S.C. § 1951(a)
18 U.S.C. § 1201(a)(1)
18 U.S.C. § 981(a)(1)(C)

**UNITED STATES OF AMERICA**

**v.**

**WEIJAN MAI,**
**ZHIHAO HUANG, and**
**YILI YE,**

　　　　　　　　**Defendants.**

_____/

FILED BY_____**BM**_____D.C.

**Jun 11, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
**Conspiracy to Commit Hobbs Act Robbery**
**(18 U.S.C. § 1951(a))**

Beginning on or about June 25, 2025, and continuing through and including on or about June 27, 2025, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**WEIJAN MAI,**
**ZHIHAO HUANG, and**
**YILI YE,**

did knowingly combine, conspire, confederate, and agree with each other, and Jiayin Nian, Eric Steven Chase, Jr., Aaron Onaji Brown, Ranier Maynard Landry, Jr., and others known and unknown to the Grand Jury, to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, by means of robbery, as the terms "robbery" and "commerce" are defined in Title 18, United States Code, Sections 1951(b)(1) and (b)(3), in that the defendants did unlawfully take property from the person and in the presence of persons, that is, L.D., M.A., S.H.,

Y.Z., L.C., and J.Z., employed by Business 1, located at 10891 Northwest 17th Street, Sweetwater, Florida, a business and company operating in interstate and foreign commerce, against the will of those persons, by means of actual and threatened force, violence, and fear of injury to said persons, in violation of Title 18, United States Code, Section 1951(a).

### COUNT 2
### Attempted Hobbs Act Robbery
### (18 U.S.C. § 1951(a))

On or about June 27, 2025, in Miami-Dade County, in the Southern District of Florida, the defendants,

### WEIJAN MAI,
### ZHIHAO HUANG, and
### YILI YE,

did knowingly attempt to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, by means of robbery, as the terms "robbery" and "commerce" are defined in Title 18, United States Code, Sections 1951(b)(1) and (b)(3), in that the defendants did unlawfully take property from persons and in the presence of persons, that is, L.D., M.A., S.H., Y.Z., L.C., and J.Z., employed by Business 1, located at 10891 Northwest 17th Street, Sweetwater, Florida, a business and company operating in interstate and foreign commerce, against the will of those persons, by means of actual and threatened force, violence, and fear of injury to said persons, in violation of Title 18, United States Code, Sections 1951(a) and 2.

### COUNT 3
### Kidnapping
### (18 U.S.C. 1201(a)(1))

On or about June 27, 2025, in Miami-Dade County, in the Southern District of Florida, the defendants,

### WEIJAN MAI,
### ZHIHAO HUANG, and

2

**YILI YE,**

did willfully and unlawfully seize, confine, inveigle, decoy, kidnap, abduct, and carry away and hold a person and persons, that is, L.D., M.A., S.H., Y.Z., L.C., and J.Z., for ransom and reward and otherwise, and did use a means, facility, and instrumentality of interstate commerce in committing and in furtherance of the commission of this offense, in violation of Title 18, United States Code, Sections 1201(a)(1) and 2.

## FORFEITURE ALLEGATIONS

1.     The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **WEIJAN MAI, ZHIHAO HUANG,** and **YILI YE,** have an interest.

2.     Upon conviction of a violation of Title 18, United States Code, Section 1951(a), as alleged in this Indictment, the defendant so convicted shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), any property, real or personal, which constitutes or is derived from proceeds traceable to such violation.

3.     Upon conviction of a violation of Title 18, United States Code, Section 1201, as alleged in this Indictment, the defendant so convicted shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), any property, real or personal, which constitutes or is derived from proceeds traceable to such violation.

[THIS SECTION LEFT INTENTIONALLY BLANK]

3

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and the procedures set forth in Title 21, United States Code, Section 853, as made applicable by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

MICHAEL GILFARB
ASSISTANT UNITED STATES ATTORNEY

LINDSEY MAULTASCH
ASSISTANT UNITED STATES ATTORNEY

4

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. **26-CR-20237-ALTONAGA/REID**

v.

**CERTIFICATE OF TRIAL ATTORNEY**

WEIJAN MAI, et al.

_____ /
Defendants.

**Superseding Case Information:**

New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total Number of New Counts _____

**Court Division** (select one)

☒ Miami      ☐ Key West      ☐ FTP
☐ FTL        ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) __Yes__
   List language and/or dialect: Chinese _____

4. This case will take ___5___ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   **(Check only one)**                    **(Check only one)**
   I    ☒  0 to  5 days                    ☐ Petty
   II   ☐  6 to 10 days                    ☐ Minor
   III  ☐ 11 to 20 days                    ☐ Misdemeanor
   IV   ☐ 21 to 60 days                    ☑ Felony
   V    ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) __No__
   If yes, Judge _____ Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) __Yes__
   If yes, Judge Rodolfo A. Ruiz II _____ Case No. 25-20310-CR-RUIZ _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) __No__
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) __No__
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? __No__
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? __No__
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? __No__
17. Did this matter involve the participation of or consultation with Magistrate Judge Yeney Hernandez during her tenure at the U.S. Attorney's Office, which concluded on April 2, 2026? __No__

By: _____
   MICHAEL GILFARB
   Assistant United States Attorney
   FL Bar No.           957836

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: Weijan Mai

**Case No**: _____

Count #: 1

Conspiracy to Commit Hobbs Act Robbery

Title 18, United States Code, Section 1951(a)
* **Max. Term of Imprisonment: 20 years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 years**
* **Max. Fine: $250,000**

Count #: 2

Attempted Hobbs Act Robbery

Title 18, United States Code, Section 1951(a)
* **Max. Term of Imprisonment: 20 years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 years**
* **Max. Fine: $250,000**

Count #: 3

Kidnapping

Title 18, United States Code, Section 1201(a)(1)
* **Max. Term of Imprisonment: Life**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 5 years**
* **Max. Fine: $250,000**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: Zhihao Huang

**Case No**:

Count #: 1

Conspiracy to Commit Hobbs Act Robbery

Title 18, United States Code, Section 1951(a)
* **Max. Term of Imprisonment: 20 years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 years**
* **Max. Fine: $250,000**

Count #: 2

Attempted Hobbs Act Robbery

Title 18, United States Code, Section 1951(a)
* **Max. Term of Imprisonment: 20 years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 years**
* **Max. Fine: $250,000**

Count #: 3

Kidnapping

Title 18, United States Code, Section 1201(a)(1)
* **Max. Term of Imprisonment: Life**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 5 years**
* **Max. Fine: $250,000**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: Yili Ye

**Case No**:

Count #: 1

Conspiracy to Commit Hobbs Act Robbery

Title 18, United States Code, Section 1951(a)
* **Max. Term of Imprisonment: 20 years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 years**
* **Max. Fine: $250,000**

Count #: 2

Attempted Hobbs Act Robbery

Title 18, United States Code, Section 1951(a)
* **Max. Term of Imprisonment: 20 years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 years**
* **Max. Fine: $250,000**

Count #: 3

Kidnapping

Title 18, United States Code, Section 1201(a)(1)
* **Max. Term of Imprisonment: Life**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 5 years**
* **Max. Fine: $250,000**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**